| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 4/14/2020 |

| | |
|---|---|
| NEW ORIENTAL ENTERPRISE, PTE, LTD.,<br><br>                Plaintiff,<br><br>                -against-<br><br>MISSION CRITICAL SOLUTIONS LLC, TD BANK, N.A., and JOHN DOES 1–3,<br><br>                Defendants. | 1:20-cv-02327-MKV<br><br><u>ORDER</u> |

WHEREAS this case was removed from the Supreme Court of the State of New York on March 16, 2020 [ECF No. 1] and counsel entered an appearance on behalf of Plaintiff New Oriental Enterprise on April 9, 2020 [ECF No. 14], it is hereby,

ORDERED that Plaintiff respond on or before **April 21, 2020** to Defendants' communications regarding voluntary dismissal of some or all of Plaintiff's claims, including the Order to Show Cause previously filed in state court. It is further,

ORDERED that Plaintiff file a letter on ECF on or before **April 24, 2020** setting forth its position with respect to (a) whether the Order to Show Cause it filed in state court should be withdrawn or denied as moot, and (b) whether plaintiff agrees to voluntarily dismiss claims against any of the Defendants in light of subsequent developments and, if not, why Defendants Mission Critical Solutions and TD Bank should not be permitted to file Motions to Dismiss.

**SO ORDERED.**

Date: April 14, 2020
      New York, NY

_/s/ Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**