USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/8/2021__

# CARTER REICH, PC
**116 Nassau Street, Suite 631**
**New York, New York 10038**
**(917) 615-0978**

**Carter A. Reich, Esq.**
*Admitted NY & NJ*
**creich@reich.legal**

July 8, 2021

*Via ECF*
Hon. Mary Kay Vyskocil, USDJ
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> GRANTED. The briefing schedule for Defendants' motion to dismiss is modified as set forth herein. SO ORDERED.
>
> Date: 7/8/2021
> New York, New York
>
> *s/ Mary Kay Vyskocil*
> Mary Kay Vyskocil
> United States District Judge

RE: **New Oriental Enterprise, PTE, LTD. v. Mission Critical Solutions, LLC,** *et al.*
**Case No. 20-cv-02327**

Dear Judge Vyskocil,

This office represents the Defendants, Mission Critical Solutions, LLC, Transactrade, LLC, and Mark-Anthony Phillips in the above-referenced matter.

The Defendants respectfully requests an adjournment of its motion to dismiss the Amended Complaint, currently due by July 12, 2021 (ECF Doc No. 45), and approval of the following briefing schedule:

- Defendants' motion due on or before July 26, 2021;
- Plaintiff's opposition due on or before August 17, 2021; and,
- Defendants' reply due on or before August 24, 2021.

The reasons for this request are that the undersigned is currently under several litigation deadlines in New York state court commercial and appellate divisions. The undersigned's client has also been traveling out of state on vacation for the past two weeks and unable to assist with preparation of the motion papers.

Lastly, counsel for Plaintiff advised that he will be on trial beginning Monday, July 12. As such, Plaintiff's counsel consents to this request.

Respectfully submitted,

s/ Carter A. Reich

cc: Jack Dweck, Esq. (via ECF & email: asa2fly@aol.com)