UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
NEW ORIENTAL ENTERPRISE, PTE, LTD.,

                    Plaintiff,

          -against-

MISSION CRITICAL SOLUTIONS LLC ET AL.,

                    Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/2021

1:20-cv-2327-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court has received Plaintiff's letter requesting leave to cross-move for partial summary judgment [ECF No. 51] and Defendants' response to that letter [ECF No. 52].

Plaintiff's request for leave to cross-move for summary judgment is DENIED WITHOUT PREJUDICE. Plaintiff's request is premature. In addition, Plaintiff has not complied with the Court's Individual Practice Rules and has not articulated the basis for the motion with any detail.

The Court has also received Plaintiff's response to the Court's Order To Show Cause [ECF Nos. 58, 60], Plaintiff's amended opposition to Defendants' motion to dismiss [ECF Nos. 61–62], and Defendants' letter declining to withdraw their request for leave to move for Rule 11 sanctions [ECF No. 59].

Given Plaintiff's withdrawal of his original opposition and filing of the amended opposition, Plaintiff's original opposition [ECF Nos. 53–54] shall be STRICKEN from the docket. The Court GRANTS Defendants leave to cross-move for Rule 11 sanctions. The briefing schedule is as follows: motion due on or before September 16, 2021; opposition due on or before September 30, 2021; and reply due on or before October 7, 2021. The deadline for Defendants to file their reply in connection with the pending motion to dismiss remains September 10, 2021.

The Clerk of Court is respectfully requested to strike docket entries 53 and 54 and to close the motions at docket entries 51, 55, 56, and 58.

**SO ORDERED.**

Date: September 2, 2021
New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**