```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW ORIENTAL ENTERPRISE, PTE, LTD.,

                Plaintiff,

-against-

MISSION CRITICAL SOLUTIONS LLC, a/k/a MCS, MARK-ANTHONY PHILLIPS, TRANSACTRADE, LLC, TRIGON TRADING PARTY LTD., and JOHN DOES 2 and 3,

                Defendants.

1:20-cv-02327 (MKV)

**ORDER**

---

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a letter from Defendant's counsel, requesting a pre-motion conference in connection with his motion to withdraw as counsel for Defendants. [ECF No. 76].

    Accordingly, IT IS HEREBY ORDERED that the request of Defendant's counsel for a pre-motion conference in connection a motion to withdraw as counsel for Defendants is GRANTED. All parties are directed to appear at a conference on the motion of Defendant's counsel on July 5, 2022, at 11:00 AM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. Defense Counsel, Defendant Mark-Anthony Phillips, and a representative of Defendant Mission Critical Solutions LLC are required to be present for the conference.

    The Court reiterates that because it is a corporation, Defendant Mission Critical Solutions LLC may not proceed *pro se*. In other words, Defendant may appear in federal court only through licensed counsel. *See*, *e.g.*, *Grace v. Bank Leumi Trust Co. of N.Y.*, 443 F.3d 180, 187 (2d Cir. 2006) ("[I]t is well-settled law that a corporation may appear in the federal courts only through licensed counsel . . . ."); *Pecarsky v. Galaxiworld.com Ltd.*, 249 F.3d 167, 172 (2d

Cir. 2001) ("As a corporation, appellant, Galaxiworld, could only appear with counsel.").

**SO ORDERED.**

**Date:   May 23, 2022**
**          New York, NY**                                          _____
                                                                                  **MARY KAY VYSKOCIL**
                                                                                  **United States District Judge**