```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW ORIENTAL ENTERPRISE, PTE, LTD.,

          Plaintiff,

          -against-

MISSION CRITICAL SOLUTIONS LLC, a/k/a MCS, MARK-ANTHONY PHILLIPS, JANE DOES 2 AND 3

          Defendants.

1:20-cv-02327-MKV

ORDER

      This Court scheduled a Status Conference on July 6, 2022.  [ECF No. 78.]  On September 1, 2022, Defendants acquired new counsel, [ECF No. 79], and subsequently filed a Motion to Dismiss the Second Amended Complaint [ECF No. 82].  In light of these developments, the Status Conference scheduled for October 11, 2022 is adjourned.

      Further briefing on the Motion to Dismiss should proceed on the schedule outlined in Local Rule 6.1(b).

**SO ORDERED.**

Date:  October 6, 2022
       New York, NY

                                          **MARY KAY VYSKOCIL**
                                          **United States District Judge**